**Order entered May 29, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01540-CV

### STEVEN V. TIPPS, Appellant

### V.

### PURPLE TREE, LLC, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-04540-B**

## ORDER

We **REINSTATE** this appeal.

By order dated April 9, 2019, we ordered the trial to conduct a hearing and make written findings regarding the accuracy of the reporter's record. We ordered John Warren to file, by May 20, 2019, a supplemental clerk's record containing the trial court's written findings and any order regarding the reporter's record. As of today's date, the requested supplemental clerk's record has not been filed. Accordingly, we **ORDER** Mr. Warren, to file the requested supplemental clerk's record by **June 10, 2019**.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable

Melissa Bellan, Judge of County Court at Law No. 2; Mr. Warren; and all parties.


/s/     BILL WHITEHILL
          JUSTICE